FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 11, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHILIP R. STRICKLAND,<br><br>Defendant. | No. 2:17-PO-00001-JTR<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR DISMISSAL PURSUANT TO PRETRIAL DIVERSION AGREEMENT<br><br>**MOTION GRANTED**<br>**(ECF NO. 12)** |

This matter comes before the Court upon motion by Defendant requesting the above-captioned matter be dismissed without prejudice pursuant to his pretrial diversion agreement. ECF No. 12.

Defendant recites his motion that he has complied with all the terms and conditions of his pretrial diversion agreement, ECF No. 9, *see* Attach. 1. Defendant further recites that the United States does not object to this motion for dismissal pursuant to the agreement. ECF No. 12 at 1.

Therefore, **IT IS ORDERED**, that the above-captioned matter be dismissed without prejudice. All hearings and deadlines are to be STRICKEN and the matter shall be closed.

**IT IS SO ORDERED.**

DATED October 11, 2017.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1